

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00326-CV

IN THE MATTER OF THE MARRIAGE OF
KELSEY BREANN DYMEK AND DANIEL ISAIAH DYMEK
AND IN THE INTEREST S.G.D., T.J.D., K.F.D., AND C.M.D., CHILDREN

On Appeal from the County Court at Law Number 2
Randall County, Texas
Trial Court No. 72,108-L2, Honorable Matthew C. Martindale, Presiding

April 5, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Daniel Isaiah Dymek, proceeding pro se, appeals from the trial court's *Final Decree of Divorce*. Dymek's brief was originally due March 6, 2023, but was not filed. By letter of March 14, 2023, we notified Dymek that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by March 24. To date, Dymek has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam